1
2
3
4
5
6
7

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PANNU TRANSPORT, INC., a Virginia corporation; PARVINDER SINGH, an individual,<br><br>Defendants. | Case No. 8:23-cv-02407-JVS(JDEx)<br><br>[Assigned to the Hon. James V. Selna]<br><br>**JUDGMENT**<br><br>Complaint Filed:   December 19, 2023 |
|---|---|

# JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendant Pannu Transport Inc., a Virginia corporation ("Pannu Transport" or "Defendant"), in the total amount of **$226,197.11**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $35,974.53, on Vehicle Financing Agreement (the "VFA");

   b. Attorneys' fees in the amount of $2,758.47 on the VFA;

   c. Prejudgment interest in the amount of $3,439.76, at the statutory rate of ten percent (10%) per annum, from October 25, 2023 (the date of breach) to October 7, 2024 (the hearing date noticed on this Default Motion), on the VFA;

   d. Compensatory damages in the amount owed of $82,875.53, on Equipment Financing Agreement No. 1 ("EFA No. 1");

   e. Attorneys' fees in the amount of $4,915.02 on EFA No. 1;

   f. Prejudgment interest in the amount of $8,013.10, at the statutory rate of ten percent (10%) per annum, from October 21, 2023 (the date of breach) to October 7, 2024 (the hearing date noticed on this Motion), on EFA No. 1;

   g. Compensatory damages in the amount owed of $76,018.00, on

       Equipment Financing Agreement No. 2 ("EFA No. 2");

   h. Attorneys' fees in the amount of $4,640.72 on EFA No. 2;

   i. Prejudgment interest in the amount of $7,057.98, at the statutory rate of ten percent (10%) per annum, from November 4, 2023 (the date of breach) to October 7, 2024 (the hearing date noticed on this Motion), on EFA No. 2; and

   j. Costs in the amount of $504.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: October 03, 2024  _____
                               JUDGE OF THE US DISTRICT COURT